**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | Chapter 11 |
| **TK HOLDINGS INC.,** *et al.* | Case No. 17–11375 (BLS) |
| **Debtors.**[1] | Jointly Administered |
| | |
| TK HOLDINGS INC., *et al.* | Adv. Pro. No. 17-50880 (BLS) |
| **Plaintiffs,** | |
| – against – | |
| STATE OF HAWAI'I, by its Office of Consumer Protection, GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, STATE OF NEW MEXICO, *ex rel.* HECTOR BALDERAS, Attorney General, *et al.*, | |
| **Defendants.** | |

**NOTICE OF TELEPHONIC STATUS CONFERENCE**
**SCHEDULED FOR JULY 18, 2017 AT 1:00 P.M. (ET)**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") has scheduled a telephonic status conference (the "***Status Conference***") in the above-captioned adversary proceeding for **July 18, 2017 at 1:00 p.m. (Prevailing Eastern Time)** regarding certain scheduling matters related to the *Debtors' Motion for Preliminary Injunction Pursuant to 11 U.S.C. § 105(a)* [Adv. Docket No. 2] and *Debtors' Brief in Support of Their Motion for Preliminary Injunction Pursuant to 11 U.S.C. § 105(a)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[Adv. Docket No. 3], including a preliminary injunction hearing on August 9, 2017 at 10:00 a.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that those parties wishing to participate in the Status Conference must make arrangements through CourtCall by telephone at (866) 582-6878. When making arrangements, please notify CourtCall that the Bankruptcy Court has authorized telephonic participation by the parties.

PLEASE TAKE FURTHER NOTICE that copies of the documents and pleadings filed in the above-captioned adversary proceeding are available on the Debtors' case website at http://tkrestructuring.com.

[*Remainder of page left intentionally blank*]

RLF1 17816034v.1

Dated: July 13, 2017
      Wilmington, Delaware

/s/  *Russell C. Silberglied*

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Konrad Cailteux (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*