UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TK HOLDINGS INC.**, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| TK HOLDINGS INC., *et al.*<br><br>**Plaintiffs,**<br><br>– against –<br><br>STATE OF HAWAI'I, by its Office of Consumer Protection, GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, STATE OF NEW MEXICO, *ex rel.* HECTOR BALDERAS, Attorney General, *et al.*,<br><br>**Defendants.** | Adv. Pro. No. 17-50880 (BLS) |

**SCHEDULING ORDER REGARDING DEBTORS' MOTION FOR
A PRELIMINARY INJUNCTION PURSUANT TO 11 U.S.C. § 105(a)**

Upon the telephonic status conference held before the Bankruptcy Court on July 18, 2017 regarding scheduling a hearing and establishing certain deadlines in connection with the *Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a)* [Adv. D.I. 2] (the "***PI Motion***"); and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED that:

1.  Objections or responses, if any, to the relief requested in the PI Motion shall be filed and served on or before **August 2, 2017 at 4:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

RLF1 17842991v.1

2. The Debtors shall file their reply, if any, in support of the PI Motion on or before **August 7, 2017 at 12:00 p.m. (noon) (ET)**.

3. A hearing on the PI Motion shall be held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **August 9, 2017 at 10:00 a.m. (ET)**.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 19, 2017
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE