# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **TK HOLDINGS INC.,** *et al.* | Case No. 17–11375 (BLS) |
| **Debtors.**[1] | Jointly Administered |
| TK HOLDINGS INC., *et al.* | Adv. Pro. No. 17-50880 (BLS) |
| **Plaintiffs,** | |
| – against – | |
| STATE OF HAWAI'I, by its Office of Consumer Protection, GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, STATE OF NEW MEXICO, *ex rel.* HECTOR BALDERAS, Attorney General, *et al.*, | |
| **Defendants.** | |

## NOTICE OF TELEPHONIC HEARING SCHEDULED FOR AUGUST 16, 2017 AT 11:00 A.M. (EDT)

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 13, 2017, the above-captioned plaintiffs ("***Plaintiffs***") filed the *Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a)* [D.I. 2] (the "***Motion***") in the above-captioned adversary proceeding with the United States Bankruptcy Court for the District of Delaware (the "***Court***").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

2. On August 9, 2017, the Court heard oral argument on the Motion (the "*Hearing*").

3. At the Hearing, the Court scheduled a telephonic hearing regarding the Motion on **August 16, 2017 at 11:00 a.m. (EDT)** (the "*Telephonic Hearing*"), which may be continued or adjourned by the Court.

4. Parties wishing to participate at the Telephonic Hearing must contact CourtCall at 1-866-582-6878.

Dated: August 10, 2017
Wilmington, Delaware

                                        */s/ Brett M. Haywood*
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        Mark D. Collins (No. 2981)
                                        Russell Silberglied (No. 3462)
                                        Michael J. Merchant (No. 3854)
                                        Amanda R. Steele (No. 5530)
                                        Brett M. Haywood (No. 6166)
                                        One Rodney Square
                                        920 N. King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 651-7700
                                        Facsimile: (302) 651-7701

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Marcia L. Goldstein
                                        Ronit J. Berkovich
                                        Theodore E. Tsekerides
                                        Konrad Cailteux
                                        Matthew P. Goren
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for the Debtors and Debtors in Possession*