# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TK HOLDINGS, INC., *et al.*,[1] | ) | Case No. 17-11375 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| TK HOLDINGS, INC., *et al.*, | ) | Adv. Pro. No. 17-50880 (BLS) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Re: Adv. Docket No. 116** |
| | ) | |
| STATE OF HAWAI'I, by its Office of Consumer Protection, GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, STATE OF NEW MEXICO, ex rel. HECTOR BALDERAS, Attorney General, *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED TORT CLAIMANT CREDITORS REGARDING DEBTORS' MOTION TO EXTEND 90-DAY PRELIMINARY INJUNCTION PURSUANT TO 11 U.S.C. § 105(a)**

The Official Committee of Unsecured Tort Claimant Creditors (the "Tort Committee") submits this statement regarding the *Debtors' Motion to Extend 90-Day Preliminary Injunction Pursuant to 11 U.S.C. § 105(a)* [Adv. Docket No. 116] (the "PI

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Extension Motion") filed by plaintiffs/debtors TK Holdings, Inc., *et al.* (the "Debtors") in the above-captioned adversary proceeding.

Based on the Debtors' representations that they will continue to make accommodations from the preliminary injunction for any hardships, individual circumstances, or other exceptional conditions that may exist or arise in any of the Individual Actions, the Tort Committee takes no position on the PI Extension Motion. However, the Tort Committee reserves the right to modify this position, argue or comment as it concerns any objections filed by individual tort claimants if the Debtors refuse to cooperate reasonably with any individual tort claimants who may have individualized circumstances warranting exception from any extension of the preliminary injunction being sought by the Debtors.

Dated: November 14, 2017                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Dean A. Ziehl (CA Bar No. 84529)
James I. Stang (CA Bar No. 94435)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszjlaw.com
          dziehl@pszjlaw.com
          jstang@pszjlaw.com
          pkeane@pszjlaw.com

Counsel to the Official Committee of Unsecured Tort Claimant Creditors